| | |
|---|---|
| Gregory L. Lippetz (SBN 154228) | Michael H. Steinberg (SBN 134179) |
| glippetz@JonesDay.com | steinbergm@ sullcrom.com |
| Edison T. Lin (SBN 241013) | Orly Z. Elson (SBN 240645) |
| elin@JonesDay.com | elsono@ sullcrom.com |
| JONES DAY | Damion D.D. Robinson (SBN 262572) |
| Silicon Valley Office | robinsond@sullcrom.com |
| 1755 Embarcadero Road | SULLIVAN & CROMWELL LLP |
| Palo Alto, CA 94303 | 1888 Century Park East, Suite 2100 |
| Telephone: 650-739-3939 | Los Angeles, California 90067-1725 |
| Facsimile: 650-739-3900 | Telephone: 310-712-6600 |
| | Facsimile: 310-712-8800 |

Attorneys for Plaintiff            Attorneys for Defendant
SanDisk Corporation           MobileMedia Ideas LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| SANDISK CORPORATION, | **Case No. CV 11-00597 CW** |
| Plaintiff, | **STIPULATED REQUEST AND ORDER REGARDING RESCHEDULING OF INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| MOBILE MEDIA IDEAS LLC, | |
| Defendant. | |

Pursuant to Civil L.R. 6-1(b), 6-2, and 16-2(e), Plaintiff SanDisk Corporation ("SanDisk") and Defendant Mobile Media Ideas LLC ("Mobile Media") in the above-captioned action through their respective counsel hereby submit this stipulated request that the Court reschedule the initial Case Management Conference, currently scheduled for May 31, 2011 at 2:00 p.m., for July 5, 2011 at 2:00 p.m., or as soon thereafter as the Court's schedule may allow.

WHEREAS, pursuant to the February 11, 2011, docket entry in the above-titled action, the Initial Case Management Conference in this action is currently scheduled for May 31, 2011 at 2:00 p.m. in the Oakland Division of the Northern District of California. (EFC No. 8.)

WHEREAS, on May 23, 2011, the Court issued an order denying Mobile Media's motion to dismiss. (ECF No. 24.) Specifically, the Court held that "[u]ntil MMI expressly covenants not

1  to sue SanDisk's customers for infringement of any of the patents-in-suit based upon past or
2  current versions of SanDisk's media player products, this case will not be dismissed." *Id.* at p. 6-
3  7.
4       WHEREAS, on May 24, 2011, Mobile Media provided SanDisk with a revised covenant
5  not to sue SanDisk's customers. SanDisk is in the process of considering the revised covenant
6  not to sue and Mobile Media's request to dismiss the litigation.
7       WHEREAS, the parties believe that in the interests of efficiency and of avoiding
8  unnecessary expenses, the Initial Case Management Conference that is currently scheduled for
9  May 31, 2011 at 2:00 p.m., should be rescheduled to July 5, 2011 at 2:00 p.m., which is the first
10 Tuesday after May 31, 2011 when both counsel for SanDisk and Mobile Media would be
11 available, or anytime thereafter.
12 THE PARTIES HEREBY SUBMIT THE STIPULATED REQUEST THAT:
13      The Initial Case Management Conference in this action be continued to July 5, 2011, at
14 2:00 p.m., or as soon thereafter as the Court's schedule may allow.

- 2 -

STIPULATED REQUEST AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER
REGARDING RESCHEDULING OF INITIAL CASE
MANAGEMENT CONFERENCE
CV 11-00597 CW

Dated: May 26, 2011

Respectfully submitted,

Jones Day

By: /s/ Gregory L. Lippetz
    Gregory L. Lippetz

Counsel for Plaintiff
SANDISK CORPORATION

In accordance with General Order No. 45, Section X(B), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

Dated: May 26, 2011

Respectfully submitted,

Sullivan & Cromwell LLP

By: /s/ Michael H. Steinberg
    Michael H. Steinberg

Counsel for Defendant
MOBILE MEDIA IDEAS LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED:** The case management conference will be held on July 12, 2011, at 2:00 p.m.

Dated: __**May 27**__, 2011

By: _[signature] Claudia Wilken_
The Hon. Claudia Wilken

SVI-933575v2