Gregory L. Lippetz (SBN 154228)
glippetz@JonesDay.com
Edison T. Lin (SBN 241013)
elin@JonesDay.com
JONES DAY
Silicon Valley Office
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone:  650-739-3939
Facsimile:  650-739-3900

Attorneys for Plaintiff
SanDisk Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| SANDISK CORPORATION,<br><br>        Plaintiff.<br><br>v.<br><br>MOBILEMEDIA IDEAS LLC,<br><br>        Defendant. | Case No. CV 11-00597 CW<br><br>[Assigned to the Honorable Claudia Wilken, Dept. 2]<br><br>**[PROPOSED] STIPULATED ORDER DISMISSING COMPLAINT WITH PREJUDICE** |
|---|---|

This cause having come before the Court on Plaintiff's Notice of Stipulated Dismissal With Prejudice, pursuant to Local Civil Rule 77-2(c), IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees.

SO ORDERED this **7th** day of __**July**_____, 2011.

_____
Clerk of Court

Honorable Claudia Wilken
U.S. District Judge